

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00083-CV

REYNALDO ROBLEDO, Appellant

V.

IDALIA M. ROBLEDO, Appellee

Appeal from the 312th Judicial District Court of Harris County.
(Tr. Ct. No. 2013-03363).

This case is an appeal from the judgment signed by the trial court on December 23, 2014. After due consideration, the Court **grants** the appellant's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against the appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 16, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.